IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01205-ZLW-OES

JOHN D. ALEXANDER

      Plaintiff,

v.

UNITED STATES OF AMERICA

      Defendant.

___

ORDER
___

The matters before the Court are the Recommendation Of United States Magistrate Judge filed July 6, 2005, and a letter from Plaintiff filed July 14, 2005.  On February 28, 2005, Magistrate Judge O. Edward Schlatter ordered Plaintiff to make the required monthly filing fee payments of 20 percent of each month's income credited to his account pursuant to 28 U.S..C. § 1915(b)(2), or to show cause why he has no assets and no means by which to make his monthly payments.  Plaintiff was ordered to make the payments or show cause within 15 days of the February 28, 2005, Order.  On March 21, 2005, Plaintiff filed a letter which informed the Court that his address had changed at some point.

On July 6, 2005, the Magistrate Judge issued a Recommendation that this action be dismissed with prejudice because Plaintiff had not paid the required fee or shown cause pursuant to the February 28, 2005, Order.  The Recommendation was mailed to Plaintiff's new address.  On July 8, 2005, counsel for the United States of America mailed a copy of the February 28, 2005, Order, as well as the Recommendation, to Plaintiff's new address.  On July 14, 2005, Plaintiff filed a letter stating that he now has

a job and would like to make the monthly payments but needs to know how much to pay per month.

Because it appears that Plaintiff may have only recently received the Court's February 28, 2005, Order, the Court declines to adopt the Magistrate Judge's July 6, 2005, Recommendation of dismissal at this time.  Accordingly, It is

ORDERED that, by August 5, 2005, Plaintiff must pay the required monthly payments of 20 percent of each month's income credited to his inmate trust fund account, or show cause why he cannot do so by filing a current certified copy of his inmate trust fund account statement.  It is

FURTHER ORDERED that, if Plaintiff fails to comply with this Order, this case will be dismissed without further notice.  It is

FURTHER ORDERED that this case is returned to the Magistrate Judge for further proceedings.

DATED at Denver, Colorado, this ___19___ day of July, 2005.

BY THE COURT:


S/ Zita L. Weinshienk
_____
ZITA L. WEINSHIENK, Senior Judge
United States District Court