IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Civil Action No.  04-cv-01205-ZLW-OES

JOHN D. ALEXANDER

     Plaintiff,

v.

UNITED STATES OF AMERICA

     Defendant.

---

## MINUTE ORDER

---

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Joan E. Boline, Judicial Assistant

Dated:   October  12 , 2005

     It is ORDERED that Defendant's letter filed October 7, 2005, will be treated as a motion for refund of filing fees, and is denied.